UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 198 (RNC) |
| | : | |
| vs. | : | |
| | : | |
| LERBY SANCHEZ, | : | |
|     a/k/a " JOHN DOE I," | : | |
|     a/k/a "David," a/k/a "Levy," | : | |
|     A/k/a "Flatino | : | January 4, 2005 |

### MOTION TO CONTINUE SENTENCING DATE

Pursuant to Local Criminal Rule 32(f), the defendant LERBY SANCHEZ, a/k/a "JOHN DOE I" a/k/a "David," a/k/a "Levy," a/k/a "Flatino respectfully moves this Honorable Court for an Order continuing the sentencing hearing in this case, currently scheduled for January 21, 2005, for thirty (30) days. The defendant further requests that the Court find that the best interests of the defendant and the interests of justice outweigh the interest of the public in a speedy disposition and that the Court toll the time requirements of Speedy Trial Act, 18 U.S.C. §3161(g).

I have conferred with Assistant U.S. Attorney H. Gordon Hall and the Government does **not** object to this request.

							THE DEFENDANT,
							LERBY SANCHEZ, a/k/a "JOHN DOE I"


						BY_____
							Peter J. Schaffer, Esq.
							1127 High Ridge Rd., Box #330
							Stamford, Ct  06905-1203
							Tel.: 203-322-3031
							Federal Bar No.: Ct14606


## CERTIFICATION

	THIS IS TO CERTIFY that a copy of the foregoing motion and memorandum of law in support thereof has been mailed, via U.S. Mail, postage prepaid, on this date to all counsel and pro se parties of record as follows:

H. Gordon Hall, AUSA
Office of the U.S. Attorney
157 Church Street
P.O. Box 1824
New Haven, CT 06508

Steven J. Lambert,
Senior U.S. Probation Officer
450 Main Street
Hartford, CT 06103


					_____
					Peter J. Schaffer