820

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:03 CR 198 (RNC) |
| vs. | : | |
| | : | |
| LERBY SANCHEZ, | : | |
| a/k/a " JOHN DOE I," | : | |
| a/k/a"David,"a/k/a "Levy," | : | |
| A/k/a "Flatino | : | January 4, 2005 |

## MOTION TO CONTINUE SENTENCING DATE

Pursuant to Local Criminal Rule 32(f), the defendant LERBY SANCHEZ, a/k/a "JOHN DOE I" a/k/a"David,"a/k/a "Levy," a/k/a "Flatino respectfully moves this Honorable Court for an Order continuing the sentencing hearing in this case, currently scheduled for January 21, 2005, for thirty (30) days. The defendant further requests that the Court find that the best interests of the defendant and the interests of justice outweigh the interest of the public in a speedy disposition and that the Court toll the time requirements of Speedy Trial Act, 18 U.S.C. §3161(g).

I have conferred with Assistant U.S. Attorney H. Gordon Hall and the Government does **not** object to this request.

January 20, 2005. Granted. The sentencing is hereby rescheduled to May 6, 2005 at 9:30 a.m. So ordered.

Robert N. Chatigny, U.S.D.J.

FILED 2005 JAN -5 A 10:48 U.S. DISTRICT COURT

FILED 2005 JAN 20 A 11:28 U.S. DISTRICT COURT HARTFORD, CT